# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**ACCESS FOR THE DISABLED, INC.**
**and PATRICIA KENNEDY,**

    **Plaintiffs,**

**v.**                                                  **Case No. 8:11-cv-2342-T-30EAJ**

**FIRST RESORT, INC.,**

    **Defendant.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Plaintiffs' Motion to Re-inspect Subject Property (Dkt. 33). Plaintiffs request that they be permitted to re-inspect the subject property to evaluate Defendant's remediation efforts. Plaintiffs contend that Defendant was amenable to allowing a re-inspection, but failed to confirm the date of the re-inspection, and now claims that said inspection cannot occur because the discovery deadline passed.[1]

The Court concludes that Plaintiffs (not their experts) shall be permitted to re-inspect the subject property on June 23, 2012 at 1:00 p.m. If Defendant is unavailable during this time, Defendant's counsel shall provide alternative dates to Plaintiffs' counsel by the close of business on June 20, 2012. **The inspection shall occur by June 30, 2012**.

---

[1] The discovery cut-off was on June 4, 2012 (Dkt. 22).

It is therefore ORDERED and ADJUDGED that Plaintiffs' Motion to Re-inspect Subject Property (Dkt. 33) is granted to the extent stated herein.

**DONE** and **ORDERED** in Tampa, Florida on June 19, 2012.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2011\11-cv-2342.mtre-inspect33.frm