UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ACCESS FOR THE DISABLED, INC.**
**and PATRICIA KENNEDY,**

    Plaintiffs,

v.                               Case No. 8:11-cv-2342-T-30EAJ

**FIRST RESORT, INC.,**

    Defendant.
_____/

## ORDER

THIS CAUSE comes before the Court upon the Affidavit of Patricia Kennedy (Dkt. 40). Upon review of same, the Court concludes that, to the extent it reserved ruling on the issue of whether Defendant was entitled to summary judgment with respect to any barriers that Defendant remedied (*see* Dkt. 39), Defendant's motion is denied. Kennedy's affidavit creates a genuine issue of material fact on these issues.

It is therefore **ORDERED AND ADJUDGED** that, for the reasons stated herein: Defendant's Motion for Summary Judgment (Dkt. 28) is denied with respect to the issue of whether Defendant remedied the barriers.

**DONE** and **ORDERED** in Tampa, Florida on July 24, 2012.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2011\11-cv-2342.affidavit40.wpd